**James L. WEEMS, Plaintiff–Appellant,**

v.

**OREGON UNIVERSITY SYSTEM; et al., Defendants–Appellees.**

No. 12–35840.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2014.*

Filed April 14, 2014.

James L. Weems, Pasco, WA, pro se.

Brent H. Smith, Baum Smith LLC, La Grande, OR, for Defendants–Appellees.

Before: TASHIMA, GRABER, and IKUTA, Circuit Judges.

MEMORANDUM ***

James L. Weems appeals pro se from the district court's judgment dismissing his action alleging federal claims arising from purportedly false statements made in a prior state court action regarding the reason for discharging Weems from employment as a tenured professor. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *See Fink v. Shedler,* 192 F.3d 911, 914 (9th Cir.1999) (dismissal on the basis of the statute of limitations); *Romano v. Bible,* 169 F.3d 1182, 1185 (9th Cir.1999) (dismissal under Fed.R.Civ.P. 12(b)(6)). We affirm.

The district court properly dismissed all of Weems's claims as barred by the applicable two-year statute of limitations. *See* Or.Rev.Stat. § 12.110 (two-year statute of limitations for personal injury actions, including fraud); *Knox v. Davis,* 260 F.3d 1009, 1012–13 (9th Cir.2001) (for § 1983 claims, federal courts apply the forum state's personal injury statute of limitations and federal law for determining accrual; a § 1983 claim accrues when the plaintiff knows or has reason to know of the injury that forms the basis of the action). Because the claims were properly dismissed as barred by the statute of limitations, we do not reach any other issues.

Weems's contention regarding the denial of leave to amend is unpersuasive.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**Barbara Stuart ROBINSON, Plaintiff–Appellant,**

v.

**TACOMA COMMUNITY COLLEGE, Defendant–Appellee.**

No. 12–35954.

United States Court of Appeals, Ninth Circuit.

*** This disposition is not appropriate for publication and is not precedent except as provid-

Submitted April 7, 2014.*

Filed April 14, 2014.

Barbara A. Stuart Robinson, Long Beach, CA, pro se.

Thomas Guy Robinson O'Neill, AGWA–Office of the Washington Attorney General, Seattle, WA, for Defendant–Appellee.

Before: TASHIMA, GRABER, and IKUTA, Circuit Judges.

### MEMORANDUM **

Barbara Stuart Robinson appeals pro se from the district court's summary judgment in her discrimination action under Title II of the Americans with Disabilities Act ("ADA") and the Washington Law Against Discrimination ("WLAD"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wong v. Regents of Univ. of Cal.,* 192 F.3d 807, 817 (9th Cir. 1999). We affirm.

The district court properly granted summary judgment because Robinson failed to raise a genuine dispute of material fact as to whether she was qualified for re-enrollment to the college, and whether she was denied re-enrollment because of her disability. *See E.R.K. v. Haw. Dep't of Educ.,* 728 F.3d 982, 992 (9th Cir.2013) (listing the elements of a prima facie case of discrimination under Title II of the ADA and explaining the burden of persuasion on the "otherwise qualified" element); *Wong,* 192 F.3d at 822 (discussing the definition of "qualified"); *see also Wash.*

*State Commc'n Access Project v. Regal Cinemas, Inc.,* 173 Wash.App. 174, 293 P.3d 413, 421–22 (2013) (elements of prima facie case of discrimination under the WLAD).

We reject Robinson's contentions concerning judicial bias, set forth in her September 11, 2013 notice, as unsupported by the record.

Tacoma Community College's motion for judicial notice, filed on April 26, 2013, is granted.

Robinson's motion for judgment, filed on July 12, 2013, is denied.

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright,* 587 F.3d 983, 985 n. 2 (9th Cir.2009) (per curiam).

**AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Maurice Jerome St. JAMES, Jr., Defendant–Appellant.**

No. 13–10202.

United States Court of Appeals, Ninth Circuit.

---

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.